## GOSS PRINTING-PRESS CO. v. SCOTT.

(Circuit Court, D. New Jersey. December 17, 1902.)

1. REFERENCE—ACCOUNTING IN PATENT SUIT—PRODUCTION OF CORRESPONDENCE.

On an accounting before a master for profits and damages for infringement of a patent, where defendant has produced the contracts of sale of the infringing machines, he may properly be required, under the provisions of equity rule 77, to also produce the correspondence leading up to such contracts, as being applicable to the subject-matter of the reference.

In Equity.

Charles E. Pickard, for the motion.
Benjamin F. Lee and James G. K. Lee, opposed.

KIRKPATRICK, District Judge. This is an application for an order that the defendant produce before the master for an accounting for profits and damages for infringement of letters patent certain correspondence leading up to the sale of certain machines containing infringing devices and designated in this proceeding. I am of the opinion that under the provision of equity rule 77 the complainant is entitled to the production of this correspondence as being applicable to the subject-matter of the reference.

An order may be entered accordingly.

¶ 1. Accounting by infringer for profits, see note to Brickill v. Mayor, etc., 50 C. C. A. 8.